United States District Court

Eastern District of Louisiana

Crespo

v.                                          CIVIL ACTION NO. 2:00-cv-00246
                                                                      J(1)
Kmart Corporation


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

    New Orleans, Louisiana, January 27, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| SUSAN CRESPO | CIVIL ACTION NO. 00-0246 |
| VERSUS | SECTION |
| KMART CORPORATION | MAGISTRATE SECT J MAG 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR REMOVAL FROM STATE COURT

The petition of defendant, Kmart Corporation, in the above captioned suit, respectfully represents that:

1.

A civil action has been commenced against petitioner and is now pending in the 24th Judicial District Court, for the Parish of Jefferson, State of Louisiana, bearing Docket No. 545-248, Division "C" of said Court by plaintiff, Susan Crespo, which said suit is sometimes hereinafter referred to simply as "the State Court suit."

2.

Petitioner, Kmart Corporation, is a foreign corporation incorporated in the State of Michigan with its principal place of business in Troy, Michigan.

3.

Plaintiff, Susan Crespo, is a citizen of and domiciliary of the State of Louisiana.

4.

In the aforesaid State Court suit, plaintiff alleges an entitlement to recover damages against defendant in an the amount which is reasonable in the premises and sufficient to invoke the jurisdiction of this Honorable Court, as evidenced by the Requests for Admissions and Responses



to Requests for Admissions attached hereto as Exhibit 1, in globo.

5.

On information and belief, the amount in controversy exceeds $50,000.00, exclusive of interest and costs; therefore, the United States District Court for the Eastern District of Louisiana has jurisdiction due to the requisite amount in controversy and diversity of citizenship between plaintiff and defendant, Kmart Corporation.

6.

Plaintiff's State Court petition was filed on October 13, 1999, and a copy of said Petition was served on defendant on October 21, 1999. Responses to Requests for Admissions, indicating that diversity jurisdiction exists, were received by defendant on or about January 3, 2000.

7.

A true copy of the entire contents filed within the State Court suit is annexed hereto.

8.

Petitioner shows that this petition, duly verified, is filed within thirty (30) days after receipt of the pleadings, plaintiff's Responses to Requests for Admissions, indicating that diversity jurisdiction exists.

**WHEREFORE**, petitioner, Kmart Corporation, prays that further proceedings in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be discontinued and that this suit be removed to the United States District Court for the Eastern District of Louisiana as the law in such cases provides.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LIONEL J. FAVRET, III, BAR NO. 22712
251 Highway 21
Madisonville, Louisiana 70447
Telephone: (504) 792-1062
Facsimile: (504) 792-1065
Counsel for Kmart Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, this January 18, 2000, or by any other means authorized by law.

_____