

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN CRESPO | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0246 |
| K-MART CORPORATION | * | SECTION "J" |

\* \* \* \* \* \* \* \*

### MOTION AND ORDER TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, comes Troy R. Keller, attorney at law and on suggesting to the Court that he desires to be enrolled as co-counsel for plaintiff, Susan Crespo, in the above entitled and numbered cause.

Considering the foregoing:

DENIED SEE L.R. 83.2.12(A)

**IT IS HEREBY ORDERED** that Troy R. Keller be and is hereby allowed to enroll as co-counsel of record for plaintiff, Susan Crespo, in the above entitled and numbered matter and that this order be made a part of the court record herein in order to reflect this enrollment.

**GRETNA, LOUISIANA**, this 3 day of April, 2000.

_____
JUDGE

Respectfully submitted,

_____
TROY R. KELLER (#21661)
808 North Causeway Blvd.
Metairie, Louisiana 70006
(504) 831-4357

DATE OF ENTRY
APR - 4 2000