```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 APR -7  A 8: 23

                                          LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**APRIL 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SUSAN CRESPO                                    CIVIL ACTION

versus                                          NUMBER 00-0246

KMART CORPORATION                               SECTION "J" (1)

A settlement conference is scheduled in the above-captioned case on Monday, July 17, 2000 at 9:00 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before July 13, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with full settlement authority.

DATE OF ENTRY
APR - 7 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE