

MINUTE ENTRY
SHUSHAN, M.J.
MAY 19, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SUSAN CRESPO                                    CIVIL ACTION

VERSUS                                          NO: 00-0246

K-MART CORPORATION                              SECTION: "J" (1)

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTION:         MOTION OF PLAINTIFF TO COMPEL DISCOVERY

**DISMISSED AS MOOT**.

DATE OF ENTRY
MAY 22 2000

SALLY SHUSHAN
United States Magistrate Judge

\_\_\_ Process
X  Dktd
\_\_\_ CtRmDep
\_\_\_ Doc.No.