

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN CRESPO | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0246 |
| K-MART CORPORATION | * | SECTION "J" |

* * * * * * * *

### MOTION AND ORDER TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Susan Crespo, and on suggesting to the Court that Troy R. Keller desires to have his name placed of record as additional counsel in the above entitled and numbered cause.

Respectfully Submitted,

_____
GEORGE B. RECILE (#11414)
CHEHARDY, SHERMAN, ELLIS,
 BRESLIN & MURRAY
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
(504) 833-5600
Attorney for Plaintiff

_____
TROY R. KELLER (#21661)
808 North Causeway Blvd.
Metairie, Louisiana 70006
(504) 831-4357
Attorney for Plaintiff

DATE OF ENTRY
JUL 17 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN CRESPO | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0246 |
| K-MART CORPORATION | * | SECTION "J" |

* * * * * * * *

### O R D E R

Considering the foregoing Motion;

**IT IS HEREBY ORDERED** that Troy R. Keller, be and is hereby enrolled as co-counsel of record for the plaintiff in the above entitled and numbered matter and that this Order be made a part of the Court record herein in order to reflect this enrollment.

**NEW ORLEANS, LOUISIANA,** this _17th_ day of _July_, 2000.

_____
UNITED STATES DISTRICT JUDGE

-2-