```
                                           FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2000 AUG 10  AM 10: 27
                                    2000 AUG 10
                                      LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN CRESPO | CIVIL ACTION |
| VERSUS | NO: 00-0246 |
| K-MART CORPORATION | SECTION: "J" (1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs.

MOTION:   PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**DENIED AS MOOT**.

      Before the court is the motion of the plaintiff, Susan Crespo, for an order compelling defendant, K-Mart Corporation, to answer interrogatories, respond to requests for production of documents and for sanctions. On August 2, 2000, counsel for the defendant notified the undersigned that responses to the plaintiff's discovery were served upon counsel for the plaintiff on that day. Counsel for the plaintiff notified the undersigned on August 7, 2000, that while responses from the defendant were received, they were incomplete and inadequate.

```
DATE OF ENTRY
AUG 1 0 2000
```

```
Fee_____
Process____
Dktd_____
CtRmDep___
Doc.No._19_
```

The issue raised by the plaintiff's motion is the failure of the defendant to respond. The defendant has done this, so the motion is moot. This is without prejudice to the right of the plaintiff to raise by further issue the adequacy of the defendant's discovery responses.

Accordingly, it is ORDERED that the motion of the plaintiff to compel answers to interrogatories and responses to requests for production of documents is DENIED as MOOT and the request of the plaintiff for sanctions is DENIED.

_____
SALLY SHUSHAN
United States Magistrate Judge