

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 11, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUSAN CRESPO** | **CIVIL ACTION** |
| versus | **NUMBER 00-0246** |
| **KMART CORPORATION** | **SECTION "J" (1)** |

      Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 1 2 2000

___ Fee_____
___ Process___
_X_ Dktd
___ CtRmDep
___ Doc.No. 21