UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN CRESPO | * | CIVIL ACTION NO. 00-0246 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| KMART CORPORATION | * | MAGISTRATE 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

The Joint Motion to Dismiss of plaintiff, Susan Crespo, and defendant, Kmart Corporation, appearing herein through their respective undersigned counsel, and on suggesting to the Court that this matter has been amicably settled and compromised by the parties in its entirety to their satisfaction and accordingly respectfully move that all demands should be dismissed, with prejudice, to all parties, each party to bear its own costs and attorney's fees.

Respectfully submitted,

CHEHARDY, SHERMAN, ELLIS,
BRESLIN & MURRAY, L.L.P.

_____
GEORGE B. RECILE, BAR NO.
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
Counsel for Susan Crespo

DATE OF ENTRY
OCT 3 2000

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LIONEL J. FAVRET, III, BAR NO. 22712
251 Highway 21
Madisonville, Louisiana 70447
Telephone: (504) 792-1062
Facsimile: (504) 792-1065
Email: mail@truittlaw.com
Counsel for Kmart Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, this September 19, 2000, or by any other means authorized by law.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN CRESPO | * | CIVIL ACTION NO. 00-0246 |
| VERSUS | * | SECTION "J" |
| KMART CORPORATION | * | MAGISTRATE 1 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED**, that the above captioned and numbered matter be and the same is hereby dismissed, with prejudice, to all parties, each party to bear its own costs and attorney's fees.

New Orleans, Louisiana, this \_\_3rd\_\_ of \_\_October\_\_, 2000.

_____
JUDGE